**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-6828**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FORREST STEPHEN BLACK,

Defendant - Appellant.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Winston-Salem.  N. Carlton Tilley, Jr., Chief District Judge.  (CR-90-277; CA-03-620-1)

---

Submitted:  September 29, 2004        Decided:  October 19, 2004

---

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Forrest Stephen Black, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Forrest Stephen Black seeks to appeal the district court's order accepting the recommendation of the magistrate judge and dismissing his motion for resentencing. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R. App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." Browder v. Director, Dep't of Corr., 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)).

The district court's order was entered on the docket on February 20, 2004. The notice of appeal was filed on May 4, 2004.[*] Because Black failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we deny a certificate of appealability and dismiss the appeal. We grant Black's motion to amend his informal brief and deny his motion to

_____

[*]For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the earliest date it could have been properly delivered to prison officials for mailing to the court. See Fed. R. App. P. 4(c); Houston v. Lack, 487 U.S. 266 (1988).

- 2 -

place this case in abeyance as moot.  Finally, we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED